UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| KERRY GILLIHAN | * | |
| | * | |
| VERSUS | * | CIVIL ACTION NO. 6:20-cv-01666-RRS-CBW |
| | * | |
| WAITR HOLDINGS INC. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * *

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Kerry Gillihan ("Plaintiff"), who pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses the above-captioned lawsuit in its entirety, with prejudice.

Respectfully submitted,

By: *Scott D. Wilson*
SCOTT D. WILSON (19835)
Scott D. Wilson, APLC
533 Europe Street
Baton Rouge, LA  70802
Telephone:  225-388-9788
Fax: 225-344-1200
Email: sdwilsonlaw@aol.com

**ATTORNEY FOR PLAINTIFF,
KERRY GILLIHAN**

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of March 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all ECF participants.

                                              *s/ Scott D. Wilson*
                                              SCOTT D. WILSON